In the Matter of the Construction of the Will of HENRY
C. NORTHRIP, Deceased.

MELVIN H. NORTHRIP et al., Appellants; PIERRE A. NORTH-
RUP et al., Respondents.

Submitted March 1, 1940; decided April 16, 1940.

*George B. Overhiser* for appellants.
*Arthur O. Maharay, Jr.,* for respondents.

Order affirmed, with costs to all parties filing briefs payable out of the estate. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, SEARS, LEWIS and CONWAY, JJ. Dissenting: RIPPEY, J.